WILLIAM B. REID, Respondent, v. THE MEDICAL SOCIETY OF THE COUNTY OF ONEIDA, Appellant.— Judgment unanimously affirmed, with costs.  (See 176 App. Div. 899.)

BIRD M. ROBINSON and CHARLES L. HYDE, as Surviving Members of a Committee of Bondholders and Stockholders of BRUNSWICK AND BIRMINGHAM RAILROAD COMPANY, Appellants, v. COLUMBIA TRUST COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

JACOB SICKLES, an Infant, by HANNAH SICKLES, His Guardian ad Litem, Respondent, v. COHOES ROLLING MILL COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

JOSEPH H. SAULSBERY, Respondent, v. SCHENECTADY RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

GEORGE J. TEW, Respondent, v. ARTHUR H. LEE, Appellant.— Judgment and order unanimously affirmed, with costs.

PAGE W. TALBOTT and Others, Respondents, v. BARNET LEATHER COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

ELIJAH THORPE, Appellant, v. RUSSELL C. PARIS, Respondent.— Judgment unanimously affirmed, with costs.

WILLIAM I. VAN ARNUM, Appellant, v. HAROLD W. CADBY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Estate of F. AUGUSTUS HEINZE, Deceased.— Motion to dismiss the appeal from the order refusing to vacate the letters of administration to Fullerton denied, on the ground that the appellant had the right to appeal and is entitled to have the order reviewed on said appeal.  Motion to dismiss the appeal from the orders denying reargument granted.  Motion to require other papers in the surrogate's office to be printed in the case denied, upon the ground that the sole question raised for determination upon the appeal is whether one of the sureties upon the official bond of the administrator, being an attorney, had vitiated the letters and required their absolute revocation.

SAMUEL F. CAMPBELL. Appellant, v. HENRY G. COLE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

AIMEE L. HANSON, Appellant, v. HENRIETTA REUTTI HANSON and Others, as Committee, etc., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

LEON WILFRED HAINER, by WILFRED E. HAINER, His Guardian ad Litem, Respondent, v. JOSEPH W. BERRY, Appellant.— Motion denied.

JOSEPH MOREY, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY, Respondent.— Motion denied.

In the Matter of the Claim for Compensation under the Workmen's Compensation Law made by NORA DE NOYER, Widow, and Three Minor Children of JOSEPH E. DE NOYER, Deceased, Respondents, for the Death of JOSEPH E. DE NOYER, v. D. B. CAVANAUGH, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.  THE STATE INDUSTRIAL COMMISSION, Respondent.— Award affirmed.  All concurred, except Woodward, J., who dissented.